# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WILLIAM CORNISH, | No. 99 EM 2015 |
| Petitioner | |
| v. | |
| MICHAEL WENEROWICZ, SUPERINTENDENT OF THE STATE CORRECTIONAL INSTITUTION AT GRATERFORD, AND THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | |
| Respondents | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Application for Extraordinary Relief is **DENIED**.